

### May 28, 2015

| | | |
|---|---|---|
| CAAP–12–00 00763 | State v. Franco | Affirmed |

### May 29, 2015

| | | |
|---|---|---|
| CAAP–12–00 00507 | Reyes v. HSBC Bank USA, Nat. Ass'n | Affirmed |
| CAAP–13–00 00023 | State v. Elberson | Affirmed |
| CAAP–13–00 05659 | State v. Pozy | Affirmed |
| CAAP–12–00 00887 | State v. Sherman | Affirmed |
| CAAP–14–00 00606 | State v. Terasako | Affirmed |

### June 3, 2015

| | | |
|---|---|---|
| CAAP–12–00 00135 | Dubin Financial LLC v. Mortgage Brokers and Solicitors Program | Affirmed |

### June 12, 2015

| | | |
|---|---|---|
| CAAP–12–00 00824 | Kelley v. Administrative Director of Courts | Affirmed |
| CAAP–14–00 00912 | State v. Chin | Affirmed |
| CAAP–12–00 00635 | State v. Diogo | Affirmed |
| CAAP–13–00 03520 | Smith v. Smith | Affirmed |
| CAAP–12–00 00204 | Watanabe v. Foodland Supermarket, Ltd. | Reversed in Part |

### June 15, 2015

| | | |
|---|---|---|
| CAAP–13–00 02551 | State v. Hayata | Affirmed |
| CAAP–14–00 00785 | VG, In re | Affirmed |

### June 17, 2015